John S. Kyle (Bar No. 199196)
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398

Attorney for Defendant and Counter-Claimant, PAETEC COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELSCAPE COMMUNICATIONS, INC., | Case No.: C 05-03462 JSW |
| Plaintiff, | STIPULATION STAYING ACTION AND RELATED DEADLINES PENDING ALTERNATIVE DISPUTE RESOLUTION; [~~PROPOSED~~] ORDER THEREON |
| v. | |
| PAETEC COMMUNICATIONS, INC., and DOES 1-10, | |
| Defendants. | Judge: Hon. ~~Joseph F. White~~ Jeffrey S. White<br>Complaint Filed: July 19, 2005<br>Case Removed to<br>Federal Court: August 25, 2005 |
| AND RELATED COUNTER-CLAIM. | |

Pursuant to Civil L.R. 6-2, all parties to the present action—Plaintiff and Counter-Defendant Telscape Communications, Inc. ("Telscape"), and Defendant and Counter-Claimant PAETEC Communications, Inc. ("PAETEC")—hereby file this Stipulation requesting that the Court issue an Order temporarily staying the action and all deadlines pending the outcome of the parties' attempt to resolve the matter informally.

This Stipulation is accompanied by the Declaration of John S. Kyle. The form and content of Mr. Kyle's Declaration has been agreed to by all of the parties to the action. As required by Civil L.R. 6-2, Mr. Kyle's Declaration (1) sets forth with particularity the reasons for the requested relief; (2) discloses all previous modifications in the case; and (3) describes the effect the requested time modification would have on the schedule of the case.

110674.000007/558306.01

1       On September 21, 2005, the parties agreed that they would attempt to resolve the matter
2  through negotiation, but do not want to incur the time, expense, and inconvenience of litigating
3  this action at the same time they try to negotiate a mutually satisfactory solution.  The parties
4  agree that a stay would allow for more efficient use of judicial and client resources, and allow the
5  parties to manage the case more effectively.  Therefore, the parties hereby jointly request that the
6  Court issue an Order:

7       (i)  temporarily staying discovery, all other proceedings and deadlines in the
8  above-captioned case until such time as the parties advise the Court that their attempts at
9  informal resolution were unsuccessful, or until November 30, 2005, which ever occurs first; and

10      (ii) requiring the parties to meet and confer no later than ten (10) days after the
11 Court lifts the stay in order to jointly submit to the Court a proposed Case Management Order
12 that provides revised dates for all scheduling deadlines.

13      IT IS SO STIPULATED.

14 DATED: September 28, 2005                    PROCOPIO, CORY, HARGREAVES &
                                                SAVITCH LLP

        By: _____
            John S. Kyle
            Attorneys for Defendant and Counter-
            Claimant PAETEC COMMUNICATIONS,
            INC.

20 DATED: September 28, 2005                    GOODIN, MACBRIDE, SQUERI, RITCHIE &
                                                DAY LLP


        By: _____
            Keith E. Johnson
            Attorneys for Plaintiff and Counter-
            Defendant TELSCAPE
            COMMUNICATIONS, INC.

2

Stipulation Staying Action; Order
Case No. C 05-03462 JSW

110674.000007/558306.01

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 30, 2005    By: ~~HONORABLE JOSEPH F. WHITE~~
United States District Court Judge

Honorable Jeffrey S. White

On September 21, 2005, the parties agreed that they would attempt to resolve the matter through negotiation, but do not want to incur the time, expense, and inconvenience of litigating this action at the same time they try to negotiate a mutually satisfactory solution. The parties agree that a stay would allow for more efficient use of judicial and client resources, and allow the parties to manage the case more effectively. Therefore, the parties hereby jointly request that the Court issue an Order:

(i) temporarily staying discovery, all other proceedings and deadlines in the above-captioned case until such time as the parties advise the Court that their attempts at informal resolution were unsuccessful, or until November 30, 2005, which ever occurs first; and

(ii) requiring the parties to meet and confer no later than ten (10) days after the Court lifts the stay in order to jointly submit to the Court a proposed Case Management Order that provides revised dates for all scheduling deadlines.

IT IS SO STIPULATED.

DATED: September 28, 2005

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: _____
John S. Kyle
Attorneys for Defendant and Counter-Claimant PAETEC COMMUNICATIONS, INC.

DATED: September 28, 2005

GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY LLP

By: _____
Keith E. Johnson
Attorneys for Plaintiff and Counter-Defendant TELSCAPE COMMUNICATIONS, INC.