John S. Kyle (Bar No. 199196)
PROCOPIO, CORY, HARGREAVES &
 SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398

Attorney for Defendant and Counter-Claimant, PAETEC COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELSCAPE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAETEC COMMUNICATIONS, INC., and DOES 1-10, <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM. | Case No.: C 05-03462 JSW <br><br> **SUBSTITUTION OF ATTORNEY AND ORDER THEREON** <br><br> Judge: Hon. Jeffrey S. White <br><br> Complaint Filed: July 19, 2005 <br><br> Case Removed to Federal Court: August 25, 2005 |

TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counter-Claimant PAETEC Communications, Inc. hereby substitutes John S. Kyle of Cooley Godward LLP, 4401 Eastgate Mall, San Diego, California 92121, Telephone: (858) 550-6000, Facsimile: (858) 550-6420, email: jkyle@cooley.com, as its counsel of record in place and stead of Procopio Cory Hargreaves & Savitch LLP.

110674.000008/600314.01

| | |
|---|---|
| 1 | I request this substitution. |
| 2 | Dated: Apr 25, 2006 |

/s/ John B. Messenger
Vice President and Associate General Counsel
PAETEC Communications, Inc.

I consent to this substitution.

Dated: 4/28, 2006

/s/ John S. Kyle (199196)
Procopio Cory Hargreaves
& Savitch LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398
E-Mail: jsk@procopio.com

I accept this substitution.

Dated: 4/28, 2006

/s/ John S. Kyle (199196)
Cooley Godward LLP
4401 Eastgate Mall
San Diego, California 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
E-Mail: jkyle@cooley.com

**ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated: April 28, 2006

/s/ Jeffrey S. White
Hon. Jeffrey S. White
Judge of the United States
District Court

2

Substitution of Attorneys and Order Thereon
Case No. C 05-03462 JSW

110674.000008/600314.01