IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELSCAPE COMMUNICATIONS, INC.,

    Plaintiff,

    v.

PAETEC COMMUNICATIONS, INC., et al.

    Defendants.

No. C 05-03462 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On September 13, 2006, Plaintiff filed a notice of voluntary dismissal with prejudice as to its claims against Paetec Communications, Inc. (Docket No. 16.) In that dismissal, Plaintiff noted that it did not intend to dismiss claims against Defendants named as Does 1-10. However, Plaintiff has taken no further action to prosecute the claims against such Doe defendants.

Accordingly, Plaintiff is HEREBY ORDERED to show cause by no later than March 23, 2007, as to why this matter should not be dismissed without prejudice for failure to prosecute. This OSC will be discharged if Plaintiff files a notice of dismissal as to the remaining defendants before that date.

**IT IS SO ORDERED.**

Dated: March 9, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28